# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BEMIS COMPANY, INC.**                                                          **PLAINTIFF**

**v.**                               **Case No. 4:17-cv-00452 KGB**

**MCGLYNN & ASSOCIATES, INC.**                                     **DEFENDANT**

## ORDER

Before the Court is a stipulation for dismissal with prejudice submitted by plaintiff Bemis Company, Inc. ("Bemis") and defendant McGlynn & Associates, Inc. ("McGlynn") (Dkt. No. 41). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The Court dismisses with prejudice this action, including all claims and counterclaims against all parties. Each party will bear its own costs.

It is so ordered this 18th day of February, 2020.

                                                                   *Kristine G. Baker*
                                                                     Kristine G. Baker
                                                                     United States District Judge